# United States Bankruptcy Court
## Northern District of Illinois

In re: Jeanne R. Sheputis  
    Debtor(s)

Case No. 11-21226

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ 74.75    on or before June 30, 2011

    $ 74.75    on or before July 22, 2011

    $ 74.75    on or before August 19, 2011

    $ 74.75    on or before September 9, 2011

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.  
                                                    (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 6.7.11

BY THE COURT:  
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number: 11-21226
Case Name: Jeanne R. Sheputis
                debtor (s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 8th day of June, 2011 I caused to be served via first class mail a true and correct copy of:

order on debtor's application for waiver of chapter 7 filing fee
dated: June 7, 2011

addressed to each of the following named individuals:

Jeanne R. Sheputis
8807 S. 52nd Ave.
Oak Lawn, IL 60453

_____
Karen Jacobs
Courtroom Deputy